U.S. DISTRICT COURT
SAVANNAH
2011 JUN -1 AM 10: 39

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PATRICIA ANN NELSON,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )       CASE NO. CV410-242
                                    )
SELECT SPECIALTY                    )
HOSPITAL-SAVANNAH, INC and          )
SELECT MEDICAL CORPORATION,         )
                                    )
        Defendants.                 )
                                    )

## O R D E R

Before the Court is Defendants' "Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6)," which was filed on November 12, 2010. (Doc. 6.) On December 13, 2010, Plaintiff simultaneously filed her response in opposition (Doc. 16) and Motion to Amend/Correct Complaint (Doc. 15). The latter included a sixteen-page first amended complaint, which is more than twice as long as the original complaint. (Doc. 1; Doc. 15, Attach. 1.) Magistrate Judge Smith granted Plaintiff's request to amend her complaint on December 29, 2010. (Doc. 19.) Defendants filed an answer on January 12, 2011.

Because Defendants' motion was based on a complaint that has since been substantially modified, Defendants' motion is **DISMISSED AS MOOT**. See Renal Treatment Ctrs.—Mid-Atl., Inc. v. Franklin Chevrolet—Cadillac—Pontiac—GMC, 2009 U.S. Dist. LEXIS 30975, at *3 (S.D. Ga. Apr. 13, 2009) (unpublished) (declining to address a motion

to dismiss and categorizing it as "entirely irrelevant" where, subsequent to the motion's filing, the plaintiff successfully amended its complaint). Based on a recent filing, Defendants apparently consider their Motion to Dismiss to be "still pending." (Doc. 25 ¶ 2.) Therefore, at the option of Defendants, a renewed motion to dismiss based on Plaintiff's first amended complaint may be filed within **fourteen days** of this order.

SO ORDERED this 15T day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA